```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

LISA SAWTELLE,
    Plaintiff,


    v.                                                 CIVIL ACTION NO.
                                                            19-11614-RGS

ANDREW SAUL, Commissioner of
Social Security,
    Defendant.


**PROCEDURAL ORDER**

**October 18, 2019**

**BOWLER, U.S.M.J.**

    On July 26, 2019, plaintiff Lisa Sawtelle filed a complaint seeking review of a decision by defendant Andrew Saul, Commissioner of Social Security ("the Commissioner"), "denying plaintiff's application for Social Security disability income benefits and supplemental security income" benefits. (Docket Entry # 1) (capitalization omitted). On December 5, 2018, an administrative law judge ("ALJ") addressed the claim for disability insurance benefits and found plaintiff not disabled. (Tr. 10-20). The ALJ remanded the claim for supplemental security income benefits to Disability Determination Services for an initial determination. (Tr. 10, 20). On May 31, 2019, the appeals counsel denied plaintiff's request for review of the ALJ's decision.

    On October 11, 2019, defendant filed an answer along with the administrative record. The following briefing schedule will

control:  plaintiff shall file a motion seeking to reverse and/or remand the Commissioner's decision on or before November 15, 2019; the Commissioner shall file a response, including any motion to affirm the decision, on or before December 13, 2019; plaintiff may file an opposition to the Commissioner's filing 14 days thereafter; and the Commissioner may file a reply to any such opposition 14 days thereafter.  In light of this Order, the October 22, 2019 scheduling conference is canceled.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge