```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


LISA SAWTELLE,
      Plaintiff,


      v.                                    CIVIL ACTION NO.
                                            19-11614-MBB


ANDREW SAUL,
Commissioner of the
Social Security Administration,
      Defendant.
```

## FINAL JUDGMENT

### September 11, 2020

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered on September 11, 2020,

It is **ORDERED** and **ADJUDGED** that the final decision of defendant Andrew Saul, Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

```
                                 /s/ Marianne B. Bowler
                                **MARIANNE B. BOWLER**
                                United States Magistrate Judge
```